No. 92–9031. MITCHELL v. TOTTEN ET AL. C. A. 6th Cir. Certiorari denied.

No. 92–9032. LAWAL v. GEORGIA. Sup. Ct. Ga. Certiorari denied.

No. 92–9034. OUTLAW v. MAPP ET AL. Cir. Ct. City of Norfolk, Va. Certiorari denied.

No. 92–9035. PRICE v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 92–9036. McCULLOUGH v. UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA. C. A. 9th Cir. Certiorari denied.

No. 92–9037. COTE v. NEW HAMPSHIRE. Sup. Ct. N. H. Certiorari denied.

No. 92–9038. COLON v. McCLELLAN, SUPERINTENDENT, SOUTHPORT CORRECTIONAL FACILITY, ET AL. C. A. 2d Cir. Certiorari denied.

No. 92–9039. GETTINGS v. McKUNE, WARDEN, ET AL. Sup. Ct. Kan. Certiorari denied.

No. 92–9040. GAMBINA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 92–9041. BURGER v. ZANT, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 92–9042. JONES v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 92–9043. THRASHER v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 92–9044. UWAJE v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 92–9045. SUTTLE v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 92–9046. CARSON v. UNITED STATES. C. A. 9th Cir. Certiorari denied.